# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2107
_____

United States of America

*Plaintiff - Appellee*

v.

Jonathan T. Watkins

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: December 4, 2020
Filed: December 9, 2020
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Jonathan T. Watkins appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of a firearm. His counsel has moved

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing the district court procedurally erred in applying an enhancement to his base offense level, and Watkins's sentence is substantively unreasonable.

We conclude the district court did not err in applying the sentencing enhancement. *See United States v. Kirlin*, 859 F.3d 539, 543 (8th Cir. 2017) (standard of review); U.S.S.G. §§ 2K2.1(a)(2), 4B1.2(a). We also conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard and discussing substantive reasonableness). Having reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____